In an action, inter alia, to recover damages for false imprisonment, etc., the plaintiffs appeal from an order of the Supreme Court, Kings County (Ash, J.), dated January 4, 2016, which granted the defendant’s oral application to dismiss the complaint for failure to prosecute.
 

 Ordered that the appeal is dismissed, with costs.
 

 In an order dated January 4, 2016, the Supreme Court granted the defendant’s oral application to dismiss the complaint for failure to prosecute. The order is not appealable as of right, as it did not decide a motion made on notice (see CPLR 5701 [a] [2]), and under the particular circumstances of this case, we decline to grant leave to appeal. Accordingly, we dismiss the appeal.
 

 Rivera, J.R, Chambers, Duffy and Barros, JJ., concur.
 

 Motion by the respondent, inter alia, to dismiss an appeal from an order of the Supreme Court, Kings County, dated January 4, 2016, on the ground that the order was entered on the appellants’ default or consent. By decision and order on motion of this Court dated August 15, 2016, that branch of the motion which is to dismiss the appeal was held in abeyance and referred to the panel of Justices hearing the appeal for determination upon the argument or submission thereof.
 

 Upon the papers filed in support of the motion and the papers filed in opposition thereto, and upon the argument of the appeal, it is
 

 Ordered that the branch of the motion which is to dismiss the appeal is denied as academic in light of our determination on the appeal.